## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## PORT HURON DIVISION

BRUCE BEDARD, JR.,
            Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
            Defendant.

_____/

Case No.: 2:18-cv-11044-LJM-EAS

Hon. Laurie J. Michelson

NOTICE OF SETTLEMENT

### NOTICE OF SETTLEMENT

Plaintiff Bruce Bedard Jr. notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 5th day of November, 2018.

*/s/ Jordan Z. Weiss*
Jordan Z. Weiss, PLLC
32000 Northwestern Highway, Ste.275
Farmington Hills, MI 48334
(248)939-9979
Jordan@jzwesq.com
P74097

- 1 -

NOTICE OF DISMISSAL

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 5th day of November, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:


Erin L. Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@faegrebd.com

Ryan G. Milligan
Faegre Baker Daniels LLP
311 S. Wacker Dr.
Suite 4300
Chicago, IL 60606
312-212-6500
Fax: 312-212-6501


*/s/  Jordan Z. Weiss*
Jordan Z. Weiss, PLLC
32000 Northwestern Highway, Ste.275
Farmington Hills, MI 48334
(248)939-9979
Jordan@jzwesq.com
P74097
Attorney for Plaintiff, Bruce Bedard, Jr.

NOTICE OF DISMISSAL