UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**
DEC - 4 2018
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

BRUCE BEDARD, JR.,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.    /

Case No. 2:18-cv-11044-LJM-EAS

Hon. Laurie J. Michelson
Mag. Judge Elizabeth A. Stafford

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the agreement and stipulation of Plaintiff, BRUCE BEDARD, JR., and Defendant, CAPITAL ONE BANK (USA), N.A., for the purpose of dismissing the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without an award of costs or attorneys' fees to any party.

NOW THEREFORE, IT IS SO ORDERED that this action is now dismissed with prejudice, without costs or attorney fees to either party.

Dated: 12/4/18

_____
Honorable Laurie J. Michelson
Judge, U.S. District Court

US.120990303.01

*We hereby stipulate to entry of this Order*

/s/ *Jordan Z. Weiss*
Jordan Z. Weiss (P74097)
Jordan Z. Weiss, PLLC
32000 Northwestern Highway, Suite 275
Farmington Hills, MI 48334
Telephone: (248) 939-9979
jordan@jzwesq.com

*Counsel for the plaintiff, Bruce Bedard, Jr.*

/s/ *Erin L. Hoffman*
Erin L. Hoffman
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
erin.hoffman@FaegreBD.com

Ryan G. Milligan (P81435)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive – Suite 4300
Chicago, Illinois 60606
Telephone: (312) 212-6500
Facsimile: (312) 212-6501
Ryan.Milligan@FaegreBD.com

*Counsel for the defendant,*
*Capital One Bank (USA), N.A.*

US.120990303.01